*Pro Ce Filing*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

*Pro Ce Filing*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2021 FEB 17 PM 1:54
JEFFREY P. COLWELL
CLERK
BY____DEP. CLK

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
FEB 17 2021
JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

_____Timothy H. Kilcullen_____, Plaintiff

v.

_____The Homestead at Lakewood,_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Timothy H. Kilcullen, 2121 Wadsworth Blvd. Denver, CO 80214
(Name and complete mailing address)

Phone 720-288-3082.   email  kilcullentim117@gmail.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:   The Homestead at Lakewood, 2121 Wadsworth Blvd. Denver, CO 80214
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

Defendant 2:   _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

C. **JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__   Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

_____   Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

__X__   Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

_____   Other: *(please specify)* _____

2

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: ___I was harassed by a fellow employee due to my sex as a male___

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_ failure to hire  \_\_\_ different terms and conditions of employment

_X_ failure to promote  \_\_\_ failure to accommodate disability

_X_ termination of employment  _X_ retaliation

\_\_\_ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

\_\_\_ race  \_\_\_ religion  \_\_\_ national origin  \_\_\_ age

\_\_\_ color  _X_ sex  \_\_\_ disability

Supporting facts:

I was constantly harassed by a fellow employee because of my sex. She was discriminatory and would sabotage my work to feed the residents of our nursing home and showed preferential treatment to women in the workplace

3

CLAIM TWO: I provided management with evidence of theft from my superior who then harassed me and treated me differently than other women employees and was replaced by less qualified staff..

The conduct complained of in this claim involves the following: (*check all that apply*)

\_\_\_ failure to hire                        \_\_\_ different terms and conditions of employment

_X_ failure to promote                 \_\_\_ failure to accommodate disability

\_\_\_ termination of employment   \_\_\_ retaliation

_X_ other: (*please specify*)  After providing photographs to the management of my superiors theft, I was demoted as a repercussion and constantly harassed.

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

\_\_\_ race            \_\_\_ religion        \_\_\_ national origin     _X_ age

\_\_\_ color          _X_ sex                \_\_\_ disability

Supporting facts:

I have photographs of the theft of food that was meant for the seiner citizens that lived at our facility. This evidence was provided to management who did nothing to support me and allowed the discriminatory behavior

X

**Click Here for Additional Claim**

E.     ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

[X] Yes (***You must attach a copy of the administrative charge to this complaint***)

[ ] No

Have you received a notice of right to sue? (*check one*)

[X] Yes (***You must attach a copy of the notice of right to sue to this complaint***)

[ ] No

F.     **REQUEST FOR RELIEF**
*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*

I am requesting that I be compensated for back pay and hours that I suffered for the two years since I was demoted out of the kitchen.
$62,400 in lost wages (2 Years, 52 weeks @ $12 and hour and 50 hours a week)
$20,800 Failure to promote to $16.00 per hour ($4.00 per hour difference)
$75,000 Pain and Suffereing and future earnings
I Demand a Jury

G.     **PLAINTIFF'S SIGNATURE**

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

2/16/21
_____
(Date)
(Revised December 2017)

---------- Forwarded message ---------
From: **ROBIN CAMPBELL** <                              >
Date: Mon, Nov 16, 2020, 2:40 PM
Subject: 32A-2020-00273 Notice of Right to Sue Issued
To:                           <                       >

Good afternoon Mr. Kilcullen,

I left a voice message regarding your call in reference to your charge of discrimination filed with Colorado Civil Rights Division (CCRD). When you initially filed your charge of discrimination with CCRD it was automatically dual-filed with the EEOC. CCRD had jurisdiction over the matter and conducted the investigation. The EEOC issued the federal right to sue after CCRD issued their dismissal to close out the matter. The EEOC right to sue allows you to file a lawsuit in federal or state court.

I hope this information was helpful.

Regards,

# Robin L. Campbell

*State, Local & Tribal Program Manager*

*U.S. EEOC Phoenix District Office*

*3300 N. Central Avenue, Suite 690*

*Phoenix, AZ  85012*

*602-661-0041*

*Fax 602-640-5071*





always sacks of stuff.





oatmeal

Back door



Detergent







Bag of lemons





