**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-00470-RM

TIMOTHY H. KILCULLEN,

    Plaintiff,

v.

THE HOMESTEAD AT LAKEWOOD,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 10) entered by Judge Raymond P. Moore on June 28, 2023, it is

ORDERED that the Court ACCEPTS and ADOPTS the Recommendation (ECF No. 8). It is further

ORDERED that judgment is entered in favor of the defendant and against the plaintiff. It is further

ORDERED that this case is closed.

Dated at Denver, Colorado this 28th day of June, 2023.

                FOR THE COURT:
                JEFFREY P. COLWELL, CLERK

                By:   s/Robert R. Keech
                        Robert R. Keech,
                        Deputy Clerk